UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re

Ivelisse I Plaza aka Ivelisse Ivette Plaza
aka Ivelisse Plaza aka Ivelisse Ivette Plaza Carballo
aka Ivelisse I Plaza Caraballo

                                        CHAPTER   13
                                        CASE NO.   15-22395-AJC

        Debtor(s)
_____/

**MOTION FOR RECONSIDERATION OF ORDER CONFIRMING CH 13 PLAN**
**(DOC. NO. 30)**

      U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR NEWLANDS ASSET HOLDING TRUST, and moves the Court to reconsider the Order Confirming Ch 13 Plan (Doc. No. 30) and states as follows:

      1.      The Debtor filed their Chapter 13 plan on July 16, 2015 and the scheduled confirmation hearing was to be held on September 21, 2015.

      2.      Creditor filed an Objection to the Plan on September 21, 2015 (Doc. No. 27).

      3.      Creditor's counsel also filed a Notice of Appearance on September 21, 2015 (Doc. No. 28).

      4.      Creditor's Counsel was not aware of the Confirmation Hearing and at all times intended to prosecute the Objection to Confirmation. The Plan was confirmed on September 25, 2015 (Doc. No. 30).

      5.      The Debtor is proposing to modify the mortgage in question through this Court's Loss Mitigation Mediation Program. The Debtor should be required to pay Creditor a good faith adequate protection payment each month while the Mortgage Mitigation Mediation process is pending and said payment shall be no less than 31% of the Debtor's gross monthly income. The Chapter 13 Plan in this case does not propose sufficient adequate protection payments to Creditor considering the Chapter 13 Plan proposes to pay Creditor a payment of $900.37 for months 1 - 36

of the Plan. According to Schedule I, the Debtor's gross monthly income is $3,995.63. The Debtor should be required to file an Amended Plan which proposes to pay an adequate protection payment each month equaling 31% of Debtor's gross monthly income which equals $1,238.65 or alternatively, the contractual monthly payment. See, *In re Jiane M Bahlawan*, Case No. 13-27651-RBR, Doc. No. 44, SD Fla. 2014.

WHEREFORE, Creditor moves the Court to vacate the Order Confirming Chapter 13 Plan and require Debtor to file an Amended Plan which complies with this Court's MMM process and provides for 31% adequate protection payment to Creditor.

### Certification as to Admission to the Southern District Bar

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

### Certification as to Efforts To Resolve Matter Before Seeking a Hearing

I hereby certify that if the above is a matter requiring a hearing rather than negative notice, I have attempted to resolve the disputes involved with opposing parties prior to requesting any hearing on the above Motion.

/s/ Nicole Mariani Noel  
Nicole Mariani Noel  
Kass Shuler, P.A.  
P.O. Box 800  
Tampa, FL 33601  
Phone: (813) 229-0900 Ext. 1343  
Fax:    (813) 229-3323  
nmnoel@kasslaw.com  
Florida Bar No. 69883

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the foregoing Motion to Modify Stay together with the attached Exhibits was furnished on October 13, 2015 by CM/ECF or by regular US mail on October 13, 2015 due to Holiday to:

Ivelisse I Plaza aka Ivelisse Ivette Plaza  
aka Ivelisse Plaza aka Ivelisse Ivette Plaza Carballo  
aka Ivelisse I Plaza Caraballo  
24252 SW 107 Ave  
Homestead FL  33032

Rolando Jimenez at his/her place of abode,  
24252 SW 107 Ave  
Homestead FL  33032

Desiree Calas-Johnson, Esq.
782 NW 42 Ave #447
Miami FL  33126

Nancy N. Neidich, Trustee
P.O. Box 279806
Miramar FL  33027-9806

                                              /s/ Nicole Mariani Noel
                                              Nicole Mariani Noel

nmn/mb
1560009